**FILED**

Jan 04 2024

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          s/ RC          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

October 2022 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. '24 CR0042 AGS |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 8, U.S.C., Sec. 1324(a)(1)(A)(ii) and (v)(II) - Attempted Transportation of Certain Aliens and Aiding and Abetting |
| HUGO ALEJANDRO OLVERA NAJERA, | |
| Defendant. | |

The grand jury charges:

On or about December 11, 2023 within the Southern District of California, defendant HUGO ALEJANDRO OLVERA NAJERA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Joyce Zuleica Manuel Gallegos, had come to, entered and remained in the United States in violation of law, did intentionally attempt to transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II).

DATED: January 4, 2024.                    A TRUE BILL:

TARA K. MCGRATH
United States Attorney

By: _____
ERIC CHIANG
Assistant U.S. Attorney

ECH:cms:San Diego:1/3/24